UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| SCOTT WESLEY HUMPHREYS,<br><br>         Plaintiff,<br>   v.<br><br>RON HAYNES, *et al.*,<br><br>         Defendants. | CASE NO. 3:21-cv-5637-RJB-TLF<br><br>ORDER DISMISSING PLAINTIFF'S COMPLAINT |

This matter, which has been referred to United States Magistrate Judge Theresa L. Fricke, comes before the Court on plaintiff's filing of an amended complaint (Dkt. 8) and the Report and Recommendation of the undersigned Magistrate Judge (Dkt. 9). The Court has reviewed the Report and Recommendation, plaintiff's Amended Complaint, and the remaining record. No objections to the Report and Recommendation were filed. Upon review of the record, the Court does hereby find and ORDER:

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 1

- The Court adopts the Report and Recommendation (Dkt. 9);

- Plaintiff's amended complaint, and therefore this action, is DISMISSED without prejudice for failure to state a claim upon which relief can be granted;

- Plaintiff's motion for leave to proceed *in forma pauperis* (Dkt. 5) is DENIED as moot.

The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

Dated this 28th day of February, 2022.

*[signature]*

ROBERT J. BRYAN
United States District Judge

ORDER DISMISSING PLAINTIFF'S COMPLAINT - 2